# United States District Court

**SOUTHERN DISTRICT OF MISSISSIPPI**



**GARY S. MANN**
Chief Probation Officer

**JACKSON OFFICE**
317 East Capitol Street, Suite 200
Jackson, Mississippi 39201-9914
TEL: (601) 965-4447
FAX: (601) 965-4508

Reply to: __JACKSON__

**HATTIESBURG OFFICE**
701 North Main Street, Suite 320
Hattiesburg, Mississippi 39401-3471
TEL: (601) 582-5256
FAX: (601) 582-5262

**GULFPORT OFFICE**
2010 15th Street
Gulfport, Mississippi 39501-2022
TEL: (228) 563-1850
FAX: (228) 563-1870

May 30, 2007



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 4 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

The Honorable Tom S. Lee
Senior United States District Judge
245 East Capitol Street, Suite 220
Jackson, Mississippi 39201

RE: Evan Doss, Jr.
Docket No.: 3:98cr5TSL-JCS-001
**REQUESTING COURT INSTRUCTION/
EXPIRATION OF SUPERVISED RELEASE**

Dear Judge Lee:

The above-named offender was sentenced by Your Honor June 12, 1998, for violations of 18 U.S.C. § 371, Conspiracy, and 18 U.S.C. § 152(7), Fraudulent Transfer of Assets. Doss was found guilty following trial, on Counts One, Three, and Four. He was sentenced to thirty (30) months imprisonment, to run concurrently each to the other and consecutively to the undischarged term of imprisonment Doss was serving in Docket Number 5:97cr3BrN, followed by a three (3) year term of supervised release. He was ordered to pay restitution of $192,549.92 to the Bankruptcy Trustee.

Evan Doss, Jr. Corporation was also sentenced on June 12, 1998, for violations of 18 U.S.C. § 371, Conspiracy , and 18 U.S.C. § 152(1), Concealment of Assets. Evan Doss, Jr. Corporation was found guilty on Counts One and Two. Evan Doss, Jr. Corporation was placed on a one-year term of probation and ordered to pay $81,832.11 restitution to the Bankruptcy Trustee, to be paid jointly and severely with Evan Doss, Jr., the individual.

Additionally, Doss had previously been sentenced by the Honorable David C. Bramlette on July 28, 1997, in Docket Number 5:97cr3BrN, after being found guilty of three counts of Embezzlement and six counts of Money Laundering. He was sentenced to fifty-one (51) months imprisonment followed by a three (3) year term of supervised release. He was ordered to pay restitution of $185,886.81 to the Claiborne County Board of Supervisors and $100,000.00 to USF&G Insurance Company. On June 13, 2003, Doss released from imprisonment and began his term of supervised release.

**Requesting Court Instructions/**
**Expiration of Supervisied Release**
RE: Evan Doss, Jr.
Docket No.: 3:98cr5TSL-JCS-001
Page 2 of 3

The one-year term of probation for Evan Doss, Jr. Corporation, under case number 3:98cr5TSL-JCS-002 expired June 12, 2004. Doss failed to gain employment and make any payments toward restitution, which resulted in a Revocation Hearing on August 19, 2004.

Doss was found guilty by Your Honor and sentenced to an eight (8) month term of imprisonment, to be followed by a re-imposed two (2) year term of supervised release. Special conditions were that Doss make payments toward his $192,549.92 restitution originally ordered in this case, and that he provide financial information to the U.S. Probation Officer upon request, including monthly income, bank statements, and income tax returns. Doss served his eight (8) month term of imprisonment and released to his re-imposed two (2) year term of supervised release June 3, 2005. The three-year term of supervised release for Evan Doss, Jr., under case number 5:97cr3BrN expired February 9, 2007.

During the past two years, Doss has performed marginally on supervised release. He has maintained employment and made regular restitution payments, although minimal, toward his restitution balance every month. The three (3) year term of supervised release under case number 3:98cr5TSL-JCS-001 is scheduled to expire June 2, 2007.

If Doss' supervision was extended in efforts to collect more restitution, the gain would be minimal. This officer recommends the Court allow Doss' term of supervised release to expire June 2, 2007, as scheduled, with any remaining restitution balance to be monitored by the U.S. Attorney's Financial Litigation Unit (FLU). Please advise if Your Honor concurs with this plan or if the Court wishes another course of action by marking the appropriate statement below and filing with the Clerk of Court.

Respectfully submitted,

Chris Counts
U.S. Probation Officer

Reviewed and Approved:

Martha Gardner, Supervising
U.S. Probation Officer

**Requesting Court Instructions/
Expiration of Supervisied Release**
RE: Evan Doss, Jr.
Docket No.:3:98cr5TSL-JCS-001
Page 3 of 3


__ X __   The Court orders Evan Doss, Jr.'s term of supervised release to expire, as scheduled, on June 2, 2007, with the United States Attorney's Financial Litigation Unit monitoring and collecting any remaining restitution balance.

_____   The Court wishes an alternative plan of action as follows:

_____

_____


Dated this the __31st__ day of __May__, 2007.

_____
Tom S. Lee
Senior United States District Judge